**COM.**

v.

**SCHILLINGER, J.**

**1498 WDA 2015**

Superior Court of Pennsylvania.

07/27/2017

CP–02–CR–0003354–2014 (Allegheny)

Affirmed

**GOULD, D.**

v.

**WEISSANG, INC.**

**875 WDA 2016**

Superior Court of Pennsylvania.

07/27/2017

No. 264–2013 (Bedford)

Affirmed

**GAUSSA, B.**

v.

**CRAWFORD, R.**

**1324 WDA 2016**

Superior Court of Pennsylvania.

07/27/2017

FD 08–004098

(Allegheny)

Quashed

**COM.**

v.

**HODGES, D.**

**1588 WDA 2016**

Superior Court of Pennsylvania.

07/27/2017

CP–25–CR–0002490–2012

(Erie)

Affirmed

**COM.**

v.

**HODGES, D.**

**1589 WDA 2016**

Superior Court of Pennsylvania.

07/27/2017

CP–25–CR–0002482–2012

(Erie)

Affirmed

